LAURA E. STONE et al., respondents,

*v.*

AMY GIBB, appellant.

[Decided February 2d, 1922.]

On appeal from an order of the court of chancery.

*Messrs. Mackay & Mackay,* for the respondents.

*Messrs. Coult & Smith,* for the appellant.

PER CURIAM.

This appeal brings up for review an order for discovery allowed upon an *ex parte* application.

The bill of complaint is not verified, and the order itself is fatally defective in substance.

The order appealed from will be reversed.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—13.